MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>Defendant. | Case No.  2:10-CV-01451-FCD-GGH<br><br>**STIPULATION AND ORDER TO EXTEND PRE-CERTIFICATION FACT AND EXPERT DISCOVERY CUT-OFFS**<br><br>Action Filed:  June 11, 2010<br><br>Trial Date:  April 10, 2012 |

## **STIPULATION**

WHEREAS the pre-certification fact discovery cut-off in this action is currently November 15, 2010, and the pre-certification expert discovery cut-off is January 21, 2011:

WHEREAS the parties are currently engaged in written discovery and have noticed the depositions of party witnesses on the issues of collective and class action certification, including Plaintiff Catherine Wilkie's deposition and opt-in Amanda Drum's deposition;

WHEREAS it has recently become apparent that it will not be possible for the parties to complete all pre-certification fact and expert discovery prior to the current court-ordered deadlines, for the following reasons:

1. Plaintiff's Rule 30(b)(6) notice of deposition to Defendant consists of 17 topics, and the deposition is noticed for November 9, 2010, in Atlanta, Georgia.  Defendant has to

1  date identified at least seven (7) witnesses to testify in response to the notice, and those witnesses are located in the following geographic areas: Roseville, California; Atlanta, Georgia; Overland Park, Kansas; and Tampa Bay, Florida. Thus, it will not be possible to complete the deposition in a single day or at a single location, nor prior to the November 15, 2010, pre-certification fact discovery cut-off.

2. In the process of identifying documents that are potentially responsive to Plaintiff's first set of requests for production, and identifying and preparing witnesses to testify in response to Plaintiff's Rule (30)(6)(6) deposition notice, Defendant has determined that there are an appreciable number of additional documents – including but not limited to electronic documents – which are potentially responsive and/or which should be used to prepare witnesses to testify at the Rule 30(b)(6) deposition. However, Defendant will not be able to search for and retrieve all such documents – particularly electronic documents – prior to the current November 15, 2010, pre-certification fact discovery cut-off.

3. The parties require additional time to meet and confer regarding electronic discovery. That meet and confer process, and the resulting search for potentially responsive electronic documents, cannot be completed prior to November 15, 2010.

4. The parties also require additional time to complete discovery in connection with Plaintiff's anticipated Rule 23 class certification motion. Although the parties believe that much of this discovery will be co-extensive with the discovery related to Plaintiff's Fair Labor Standards Act claim, there may be slight differences in the focus of this discovery. Accordingly, the parties need to explore the contours of this discovery which, due to the foregoing, cannot be completed prior to November 15, 2010.

For the foregoing reasons, IT IS HEREBY STIPULATED AND AGREED that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, may be modified with the Court's consent as follows, *with respect to the following pre-certification deadlines, only*:[1]

1. The time to complete **non-expert, pre-certification discovery** shall be extended from November 15, 2010, to **December 17, 2010**.

---

[1] A copy of the Status (Pretrial Scheduling) Order is attached as Exhibit "A" for ease of reference.

(NO. 2:10-CV-01451-FCD-GGH)   2.   STIPULATION TO EXTEND PRE-CERTIFICATION FACT AND EXPERT DISCOVERY CUT-OFFS

2. The **pre-certification expert disclosure schedule** shall be modified as follows:

   a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from November 29, 2010, to **January 15, 2011**.

   b. The time for pre-certification rebuttal expert disclosures and written reports shall be extended from December 20, 2010, to **February 5, 2011**.

   c. The time to complete pre-certification expert discovery shall be extended from January 21, 2011, to **February 24, 2011**.

3. All other dates specified in the Status (Pretrial Scheduling) Order shall remain unchanged.

IT IS SO STIPULATED.

Dated: November 3, 2010

/s/ Michael E. Brewer
Michael E. Brewer
Anne-Marie Waggoner
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

Dated: November 3, 2010

/s/ Fran Rudich
Fran Rudich
Michael Palitz
KLAFTER OLSEN & LESSER LLP
Attorneys for Plaintiff and Opt-In
CATHERINE WILKIE & AMANDA DRUM

(NO. 2:10-CV-01451-FCD-GGH) 3. STIPULATION TO EXTEND PRE-CERTIFICATION FACT AND EXPERT DISCOVERY CUT-OFFS

**ORDER**

Based on the foregoing Stipulation of counsel for the parties, and good cause appearing, it is hereby ordered that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, is modified as follows, with respect to the following pre-certification deadlines, only:

1. The time to complete **non-expert, pre-certification discovery** is extended from November 15, 2010, to **December 17, 2010**.

2. The **pre-certification expert disclosure schedule** is modified as follows:

   a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, is extended from November 29, 2010, to **January 15, 2011**.

   b. The time for pre-certification rebuttal expert disclosures and written reports is extended from December 20, 2010, to **February 5, 2011**.

   c. The time to complete pre-certification expert discovery is extended from January 21, 2011, to **February 24, 2011**.

3. All other dates specified in the Status (Pretrial Scheduling) Order remain unchanged.

IT IS SO ORDERED.

Dated: November 3, 2010

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

(NO. 2:10-CV-01451-FCD-GGH)   4.   STIPULATION TO EXTEND PRE-CERTIFICATION FACT AND EXPERT DISCOVERY CUT-OFFS