C. Brooks Cutter, SBN 121407
Ian Hunter, SBN 261771
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916-448-9800
Facsimile: 916-669-4499
Email: bcutter@kcrlegal.com
Email: ihunter@kcrlegal.com

Jeffrey A. Klafter
Seth R. Lesser
Fran L. Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook, New York 10573
Telephone: 914-934-9200
Facsimile: 914-934-9221
Email: jak@klafterolsen.com
Email: slesser@klafterolsen.com
Email: frudich@klafterolsen.com

Attorneys for Plaintiff
CATHERINE WILKIE

Michael E. Brewer, SBN 177912
Anne-Marie Waggoner, SBN 173407
LITTLE MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone: 925-932-2468
Email: mbrewer@littler.com
Email: awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>Defendant. | Case No. 2:10-CV-01451-FCD-GGH<br><br>**STIPULATION AND ORDER RE: CONSENT TO AMENDED COMPLAINT** |

WHEREAS, on June 11, 2010, Plaintiff filed a Complaint in the above-captioned matter;

WHEREAS, on July 20, 2010, Defendant filed an Answer to the Complaint;

WHEREAS, on November 11, 2010, counsel for Plaintiff informed counsel

-1-

for Defendant that Plaintiff intended to amend the Complaint and suggested that the parties agree to the filing of an Amended Complaint;

IT IS HEREBY STIPULATED, by and between the undersigned counsel for the parties, subject to the approval of this Court, that:

1. Defendant consents to the amendment of the Complaint in the form attached hereto as Exhibit "A";
2. Plaintiff shall file and serve the Amended Complaint in the above-captioned matter on or before December 6, 2010;
3. Defendant shall file its response to the Amended Complaint within the time required under the Federal Rules of Civil Procedure; and
4. Defendant's stipulation to the filing of the Amended Complaint is without prejudice to any of its rights or defenses, including without limitation Defendant's right to challenge the propriety or sufficiency of the allegations of the Amended Complaint.

IT IS SO STIPULATED.

DATED:  December 6, 2010          KERSHAW, CUTTER & RATINOFF, LLP

By:  /s/
C. BROOKS CUTTER
Attorneys for Plaintiff

DATED:  December 6, 2010          LITTLER MENDELSON

By:  /s/
MICHAEL E. BREWER
Attorneys for Defendant

## **ORDER**

PURSUANT TO STIPULATION, **IT IS SO ORDERED.**

Dated: December 6, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: CONSENT TO FILE AMENDED COMPLAINT