MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
Telephone: 925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

C. Brooks Cutter, Bar No. 121407
Ian Hunter, Bar No. 261771
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA 95864
Telephone: 916.448-9800
bcutter@kcrlegal.com
ihunter@kcrlegal.com

Jeffrey A. Klafter
Seth R. Lesser
Fran L. Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook NY 10573
Telephone: 914.934.9200
jak@klafterolsen.com
slesser@klafterolsen.com
frudich@klafterolsen.com

Attorneys for Plaintiff
CATHERINE WILKIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>Defendant. | Case No. 2:10-CV-01451-FCD-GGH<br><br>**STIPULATION AND ORDER TO EXTEND PRE-CERTIFICATION FACT AND EXPERT DISCOVERY CUT-OFFS AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>Action Filed: June 11, 2010<br><br>Trial Date: April 10, 2012 |

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)   1.   STIPULATION AND ORDER TO EXTEND PRE-CERTIFICATION DISCOVERY CUT-OFFS AND BRIEFING SCHEDULE ON CERTIFICATION

## **STIPULATION**

WHEREAS the matter of *Lisa Rindfleisch, Tiffany Melendez, Michelle Gentile, Laurie Baker and Christina Nelmes, on behalf of themselves and other similarly situated v. Gentiva Health Services, Inc.,* Civil Action No. 1:10-CV-03288-JEC *("Rindfleisch")* is currently pending in the United States District Court for the Northern District of Georgia, and has been assigned the Honorable Julie E. Carnes for all purposes, having been transferred to the Northern District of Georgia from the United States District Court for the Eastern District of New York by Order dated October 13, 2010;

WHEREAS the Fair Labor Standards Act ("FLSA") collective action claims and members of the putative FLSA collection action classes in the above-captioned action and in *Rindfleisch* overlap in certain respects;

WHEREAS on July 23, 2010, Defendant filed a motion to transfer the above-captioned action to the district in which *Rindfleisch* is pending, and in opposition to Defendant's motion to transfer, Plaintiff stated that it is willing and able to coordinate discovery with Defendant's counsel and counsel for the *Rindfleisch* plaintiffs to the extent that the subjects of discovery overlap;

WHEREAS this Court denied Defendant's motion to transfer on September 16, 2010;

WHEREAS the Judicial Panel on Multi-District Litigation has endorsed coordination of discovery in recent cases involving mixed FLSA and state law claims (see, e.g., *In re: Rite Aid*, 655 F.Supp.2d 1376, 1377 (J.P.M.L. 2009), *In re CVS Caremark Corp. Wage and Hour Employment Practices Litigation*, 684 F.Supp.2d 1377, 1379 (J.P.M.L. 2010));

WHEREAS counsel for the parties in the above-captioned action and in *Rindfleisch* have agreed that it is in the interests of efficiency and economy to attempt to coordinate discovery between the two actions;

WHEREAS Plaintiff has noticed the FRCP 30(b)(6) deposition of Defendant on 12 topics for December 14, 2010, and several subjects of that deposition overlap with subjects at issue in *Rindfleisch*;

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO.  2:10-CV-01451-FCD-GGH)        2.        STIPULATION AND ORDER TO EXTEND PRE-CERTIFICATION DISCOVERY CUT-OFFS AND BRIEFING SCHEDULE ON CERTIFICATION

WHEREAS counsel for Plaintiffs in *Rindfleisch* has expressed an inability to participate in Defendant's Rule 30(b)(6) deposition on December 14, 2010, and have represented that the earliest they can do so is in the latter part of January 2011;

WHEREAS the pre-certification fact discovery cut-off in this action is currently December 17, 2010, and the pre-certification expert discovery cut-off is February 24, 2011, as extended by Court's Order of November 4, 2010;

WHEREAS the Status (Pretrial Scheduling Order) issued September 17, 2010, sets the briefing and hearing schedule on Plaintiff's Motion for Class Certification as follows: Plaintiff's moving papers filed by February 25, 2011, Defendant's opposition filed by March 11, 2011, Plaintiff's reply filed by March 18, 2011, and the hearing on the motion heard on March 25, 2011, at 10:00 a.m.; and

WHEREAS, the parties cannot adhere to these deadlines and coordinate discovery with the *Rindfleisch* action, as Plaintiffs' counsel in *Rindfleisch* has represented that they are unable to participate in Defendant's Rule 30(b)(6) deposition prior to the latter part of January 2011:

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by Court's order on November 4, 2010, be modified with the Court's consent as follows, *with respect to the following certification deadlines, only*:

1. The time to complete **non-expert, pre-certification discovery** shall be extended from December 17, 2010, to **February 17, 2011**.

2. In exchange for Plaintiff's agreement to coordinate discovery with *Rindfleisch*, Defendant stipulates that the statute of limitations on Plaintiff's First Claim for Relief for violation of the FLSA will be tolled for the period from December 17, 2010, through and including February 17, 2011, only.

3. The **pre-certification expert disclosure schedule** shall be modified as follows:

    a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)   3.   STIPULATION AND ORDER TO EXTEND PRE-CERTIFICATION DISCOVERY CUT-OFFS AND BRIEFING SCHEDULE ON CERTIFICATION

accompanied by a written report prepared and signed by the expert, shall be extended from January 15, 2011, to **March 15, 2011**.

      b.    The time for pre-certification rebuttal expert disclosures and written reports shall be extended from February 5, 2011, to **April 5, 2011**.

      c.    The time to complete pre-certification expert discovery shall be extended from February 24, 2011, to **April 22, 2011**.

4. The class motion schedule shall be modified as follows:

      a.    Plaintiff's Motion for Class Certification shall be filed by **May 4, 2011**.

      b.    Defendant's opposition shall be filed by **May 18, 2011**.

      c.    Plaintiff's reply shall be filed by **May 25, 2011**.

      d.    The hearing on the motion shall be heard on **May 27, 2011**, **at 10:00 a.m.,** or such subsequent date as the Court may set.

5. All other dates specified in the Status (Pretrial Scheduling) Order, as modified by the Court's order of November 4, 2010, shall remain unchanged.

IT IS SO STIPULATED.

Dated: December 9, 2010

    /s/ Michael E. Brewer
Michael E. Brewer
Anne-Marie Waggoner
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)    4.    STIPULATION AND ORDER TO EXTEND PRE-CERTIFICATION DISCOVERY CUT-OFFS AND BRIEFING SCHEDULE ON CERTIFICATION

Dated: December 9, 2010

                    /s/ Fran L. Rudich
                    Seth Lesser
                    Fran L. Rudich
                    Michael Palitz
                    KLAFTER OLSEN & LESSER LLP
                    Attorneys for Plaintiff
                    CATHERINE WILKIE

## ORDER

Based on the foregoing Stipulation of counsel for the parties, and good cause appearing, it is hereby ordered that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by the Court's Order of November 4, 2010, is further modified as follows, with respect to the following <u>certification</u> deadlines, <u>only</u>:

    1.    The time to complete **non-expert, pre-certification discovery** is extended from December 17, 2010, to **February 17, 2011**.

    2.    The statute of limitations on Plaintiff's First Claim for Relief for violation of the FLSA shall be tolled for the period from December 17, 2010, through and including February 17, 2011, only.

    3.    The **pre-certification expert disclosure schedule** is modified as follows:

        a.    The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, is extended from January 15, 2011, to **March 15, 2011**.

        b.    The time for pre-certification rebuttal expert disclosures and written reports is extended from February 5, 2011, to **April 5, 2011**.

        c.    The time to complete pre-certification expert discovery is extended from February 24, 2011, to **April 22, 2011**.

    4.    The class motion schedule is modified as follows:

(NO. 2:10-CV-01451-FCD-GGH)    5.    STIPULATION AND ORDER TO EXTEND PRE-CERTIFICATION DISCOVERY CUT-OFFS AND BRIEFING SCHEDULE ON CERTIFICATION

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

         a.      Plaintiff's Motion for Class Certification shall be filed by **April 29, 2011**.

         b.      Defendant's opposition shall be filed by **May 13, 2011**.

         c.      Plaintiff's reply shall be filed by **May 20, 2011**.

         d.      The hearing on the motion shall be heard on **May 27, 2011**, **at 10:00 a.m.**

     5.      All other dates specified in the Status (Pretrial Scheduling) Order, as modified by the Court's Order of November 4, 2010, remain unchanged.

         IT IS SO ORDERED.

Dated: December 9, 2010

                               FRANK C. DAMRELL, JR.
                               UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)    6.    STIPULATION AND ORDER TO EXTEND PRE-CERTIFICATION DISCOVERY CUT-OFFS AND BRIEFING SCHEDULE ON CERTIFICATION