Dnight01MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

C. Brooks Cutter, Bar No. 121407
Ian Hunter, Bar No. 261771
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Telephone:   916.448-9800
bcutter@kcrlegal.com
ihunter@kcrlegal.com

Jeffrey A. Klafter
Seth R. Lesser
Fran L. Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook NY  10573
Telephone:   914.934.9200
jak@klafterolsen.com
slesser@klafterolsen.com
frudich@klafterolsen.com

Attorneys for Plaintiff
CATHERINE WILKIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>Defendant. | Case No.  2:10-CV-01451-FCD-GGH<br><br>**STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; AND ORDER**<br><br>**(ORDER MODIFIED FROM SUBMITTED VERSION)**<br><br>Action Filed: June 11, 2010<br><br>Trial Date: April 10, 2012 |

(NO.  2:10-CV-01451-FCD-GGH)   1.   STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

**STIPULATION**

WHEREAS the FRCP 30(b)(6) depositions scheduled for February 1-3, 2011 in Overland Park, Kansas, were canceled due to travel delays caused by bad weather;

WHEREAS the parties have rescheduled six FRCP 30(b)(6) depositions for March 8-10, 2011, and March 30-31, 2011;

WHEREAS fact discovery cut-off in this action is currently February 17, 2011, and the pre-certification expert discovery cut-off is April 22, 2011, as extended by Court's Order of December 9, 2010;

WHEREAS the Court's Order to Extend Pre-Certification Fact and Expert Discovery Cut-Offs and Briefing Schedule on Plaintiff's Motion for Class Certification of December 9, 2010, sets the briefing and hearing schedule on Plaintiff's Motion for Class Certification as follows: Plaintiff's moving papers filed by May 4, 2011, Defendant's opposition filed by May 18, 2011, Plaintiff's reply filed by May 25, 2011, and the hearing on the motion heard on May 27, 2011, at 10:00 a.m.;

WHEREAS, the parties cannot adhere to these deadlines and complete FRCP 30(b)(6) depositions prior to April 1, 2011; and

WHEREAS, the Court directed by Minute Order issued February 17, 2011, that if the pre-certification discovery and briefing deadlines are modified as proposed in the parties' Stipulation to Extend Pre-Certification Fact and Expert Discovery Cut-Offs and Briefing Scheduling on Plaintiff's Motion for Class Certification, filed February 15, 2011, as follows:

> In order for the Court to modify its Pretrial Scheduling Order, ALL Post-Certification dates need to be modified as well.  The Post-Certification Discovery Deadline needs to be at least 60 days, if not 90 days, after the hearing on the plaintiffs' Motion for Class Certification, and all others [sic] dates to be set accordingly;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by Court's orders on November 4, 2010 and December 9, 2010, be modified with the Court's consent as follows, with respect to all pre-certification and post-certification dates:

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO.  2:10-CV-01451-FCD-GGH)   2.   STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER

1.    The time to complete **non-expert, pre-certification discovery** shall be extended from February 17, 2011, to **April 1, 2011**.

2.    The **pre-certification expert disclosure schedule** shall be modified as follows:

    a.    The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from March 15, 2011, to **April 27, 2011**.

    b.    The time for pre-certification rebuttal expert disclosures and written reports shall be extended from April 5, 2011, to **May 18, 2011**.

    c.    The time to complete pre-certification expert discovery shall be extended from April 22, 2011, to **June 3, 2011**.

3.    The **class motion schedule** shall be modified as follows:

    a.    Plaintiff's Motion for Class Certification shall be filed by **July 8, 2011**.

    b.    Defendant's opposition shall be filed by **July 22, 2011**.

    c.    Plaintiff's reply shall be filed by **July 29, 2011**.

    d.    The hearing on the motion shall be on **August 5, 2011**, **at 10:00 a.m.,** or such subsequent date as the Court may set.

4.    The **post-certification discovery cut-off** shall be extended from July 29, 2011, to **November 4, 2011**.

5.    The **post-certification expert discovery schedule** shall be modified as follows:

    a.    The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from August 12, 2011, to **November 18, 2011**.

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)    3.    STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER

   b.   The time for post-certification rebuttal expert disclosures and written reports shall be extended from September 2, 2011, to **December 9, 2011**.

   c.   The time to complete post-certification expert discovery shall be extended from October 3, 2011, to **January 13, 2012**.

6.   The **deadline for hearing of all post-certification dispositive motions**, except motions for continuances, temporary restraining orders or other emergency applications, shall be extended from December 9, 2011, to **March 16, 2012**.

7.   The **final pre-trial conference** shall be continued from February 10, 2012 to **May 11, 2012, at 1:30 p.m.**

8.   The **trial date** shall be continued from April 10, 2012, to **July 10, 2012**.

IT IS SO STIPULATED.

Dated: February 17, 2011

/s/ Anne-Marie Waggoner
Michael E. Brewer
Anne-Marie Waggoner
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

Dated: February 17, 2011

/s/ Michael Palitz
Seth Lesser
Fran L. Rudich
Michael Palitz
KLAFTER OLSEN & LESSER LLP
Attorneys for Plaintiff
CATHERINE WILKIE

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)   4.   STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER

# **ORDER**

Based on the foregoing Stipulation of counsel for the parties, and good cause appearing, it is hereby ordered that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by the Court's Orders of November 4, 2010 and December 9, 2010, is further modified as follows:

1. The time to complete **non-expert, pre-certification discovery** is extended from February 17, 2011, to **April 1, 2011**.

2. The **pre-certification expert disclosure schedule** is modified as follows:

   a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, is extended from March 15, 2011, to **April 27, 2011**.

   b. The time for pre-certification rebuttal expert disclosures and written reports is extended from April 5, 2011, to **May 18, 2011**.

   c. The time to complete pre-certification expert discovery is extended from April 22, 2011, to **June 3, 2011**.

3. The **class motion schedule** is modified as follows:

   a. Plaintiff's Motion for Class Certification shall be filed by **July 8, 2011**.

   b. Defendant's opposition shall be filed by **July 22, 2011**.

   c. Plaintiff's reply shall be filed by **July 29, 2011**.

   d. The hearing on the motion shall be on **August 5, 2011**, **at 10:00 a.m.,** or such subsequent date as the Court may set.

4. The **post-certification discovery cut-off** is extended from July 29, 2011, to **November 4, 2011**.

5. The **post-certification expert discovery schedule** is modified as follows:

   a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed,

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)   5.   STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER

1  accompanied by a written report prepared and signed by the expert, is extended from August 12,
2  2011, to **November 18, 2011**.

3             b.      The time for post-certification rebuttal expert disclosures and written
4  reports is extended from September 2, 2011, to **December 9, 2011**.

5             c.      The time to complete post-certification expert discovery is extended
6  from October 3, 2011, to **January 13, 2012**.

7      6.     The **deadline for hearing of all post-certification dispositive motions**,
8  except motions for continuances, temporary restraining orders or other emergency applications, sis
9  extended from December 9, 2011, to **March 23, 2012**.

10     7.     The **final pre-trial conference** is continued from February 10, 2012 to **May
11 25, 2012, at 2:00 p.m.**

12     8.     The **jury trial date** is continued from April 10, 2012, to **July 24, 2012, at
13 9:00 a.m.**

14         IT IS SO ORDERED.

Dated: February 18, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)     6.     STIPULATION TO MODIFY STATUS (PRETRIAL SCHEDULING) ORDER