1 | MICHAEL E. BREWER, Bar No. 177912
2 | ANNE-MARIE WAGGONER, Bar No. 173407
  | LITTLER MENDELSON
  | A Professional Corporation
3 | Treat Towers
  | 1255 Treat Boulevard
4 | Suite 600
  | Walnut Creek, CA  94597
5 | Telephone:     925.932.2468
  | mbrewer@littler.com
6 | awaggoner@littler.com

7 | Attorneys for Defendant
  | GENTIVA HEALTH SERVICES, INC.
8 |

9 | C. Brooks Cutter, Bar No. 121407          Jeffrey A. Klafter
  | Ian Hunter, Bar No. 261771                Seth R. Lesser
10| KERSHAW, CUTTER & RATINOFF, LLP           Fran L. Rudich
  | 401 Watt Avenue                           KLAFTER OLSEN & LESSER LLP
  | Sacramento, CA  95864                     Two International Drive, Suite 350
11| Telephone:     916.448-9800               Rye Brook NY  10573
  | bcutter@kcrlegal.com                      Telephone:     914.934.9200
12| ihunter@kcrlegal.com                      jak@klafterolsen.com
  |                                           slesser@klafterolsen.com
13|                                           frudich@klafterolsen.com
  | Attorneys for Plaintiff
14| CATHERINE WILKIE

15|

16|                  UNITED STATES DISTRICT COURT

17|                  EASTERN DISTRICT OF CALIFORNIA

18| CATHERINE WILKIE, individually and        Case No.  2:10-CV-01451-FCD-GGH
  | on behalf of all other similarly situated,
19|                                           **STIPULATION AND ORDER TO MODIFY
  |                  Plaintiff,               STATUS (PRETRIAL) SCHEDULING
20|                                           ORDER**
  |         v.
21|                                           **(ORDER MODIFIED FROM SUBMITTED
  | GENTIVA HEALTH SERVICES, INC.,            VERSION)**
22|
  |                  Defendant.              Action Filed:  June 11, 2010
23|
  |                                          Trial Date: July 24, 2012
24|

25|

26|

27|

28|

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO.  2:10-CV-01451-FCD-GGH)                 1.          STIPULATION AND ORDER TO MODIFY STATUS
(PRETRIAL SCHEDULING) ORDER

**STIPULATION**

WHEREAS the FRCP 30(b)(6) depositions scheduled for March 8 and 9, 2011, in Overland Park, Kansas, were canceled due to the illness of Plaintiff's counsel;

WHEREAS the parties have rescheduled those FRCP 30(b)(6) depositions for April 19, 20, and 21, 2011, which were the first mutually convenient dates for the witnesses and counsel for the parties;

WHEREAS by stipulation of the parties, Plaintiff intends to seek leave of Court to file a Second Amended Complaint;

WHEREAS fact discovery cut-off in this action is currently April 1, 2011, and the pre-certification expert discovery cut-off is June 3, 2011, as extended by Court's Order of February 18, 2011;

WHEREAS the Court's February 18, 2011, Order to Modify Status (Pretrial) Scheduling Order, sets the briefing and hearing schedule on Plaintiff's Motion for Class Certification as follows:  Plaintiff's moving papers filed by July 8, 2011, Defendant's opposition filed by July 22, 2011, Plaintiff's reply filed by July 29, 2011, and the hearing on the motion heard on August 5, 2011, at 10:00 a.m.;

WHEREAS, the parties cannot adhere to these deadlines and complete the FRCP 30(b)(6) depositions prior to pre-certification discovery deadlines; and

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by Court's orders on November 4, 2010, December 9, 2010, and February 18, 2011, be modified with the Court's consent as follows, *with respect to the following pre-certification dates, only*:

1.      The time to complete **non-expert, pre-certification discovery** shall be extended from April 1, 2011, to **April 22, 2011**.

2.      The **pre-certification expert disclosure schedule** shall be modified as follows:

a.      The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed,

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

1    accompanied by a written report prepared and signed by the expert, shall be extended from April 27,

2    2011, to **May 18, 2011**.

3                b.    The time for pre-certification rebuttal expert disclosures and written

4    reports shall be extended from May 18, 2011, to **June 8, 2011**.

5                c.    The time to complete pre-certification expert discovery shall be

6    extended from June 3, 2011, to **June 24, 2011**.

7         3.    The **class motion schedule** shall be modified as follows:

8                a.    Plaintiff's Motion for Class Certification shall be filed by **July 29,**

9    **2011**.

10               b.    Defendant's opposition shall be filed by **August 12, 2011**.

11               c.    Plaintiff's reply shall be filed by **August 19, 2011**.

12               d.    The hearing on the motion shall be on **August 26, 2011**, **at 10:00 a.m.,**

13   or such subsequent date as the Court may set.

14         IT IS SO STIPULATED.

15   Dated: March 23, 2011

16

17                                    /s/ Anne-Marie Waggoner
                                      Michael E. Brewer
18                                    Anne-Marie Waggoner
                                      LITTLER MENDELSON
19                                    A Professional Corporation
                                      Attorneys for Defendant, GENTIVA HEALTH
20                                    SERVICES, INC.

21

22   Dated: March 23, 2011

23                                    /s/ Michael Palitz
                                      Seth Lesser
24                                    Fran L. Rudich
                                      Michael Palitz
25                                    KLAFTER OLSEN & LESSER LLP
                                      Attorneys for Plaintiff, CATHERINE WILKIE
26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO.  2:10-CV-01451-FCD-GGH)          3.          STIPULATION AND ORDER TO MODIFY STATUS
                                                  (PRETRIAL SCHEDULING) ORDER

1

## ORDER

2          Based on the foregoing Stipulation of counsel for the parties, and good cause

3 appearing, it is hereby ordered that the Court's Status (Pretrial Scheduling) Order, filed September 17,

4 2010, as modified by the Court's Orders of November 4, 2010, December 9, 2010, and February 18,

5 2011, is further modified as follows:

6          1.     The time to complete **non-expert, pre-certification discovery** shall be

7 extended from April 1, 2011, to **April 22, 2011**.

8          2.     The **pre-certification expert disclosure schedule** shall be modified as

9 follows:

10          a.     The time for each party to designate in writing, file with the court, and

11 serve upon all other parties the name, address, and area of expertise of each expert proposed,

12 accompanied by a written report prepared and signed by the expert, shall be extended from April 27,

13 2011, to **May 18, 2011**.

14          b.     The time for pre-certification rebuttal expert disclosures and written

15 reports shall be extended from May 18, 2011, to **June 8, 2011**.

16          c.     The time to complete pre-certification expert discovery shall be

17 extended from June 3, 2011, to **June 24, 2011**.

18          3.     The **class motion schedule** shall be modified as follows:

19          a.     Plaintiff's Motion for Class Certification shall be filed by **August 5,**

20 **2011**.

21          b.     Defendant's opposition shall be filed by **August 19, 2011**.

22          c.     Plaintiff's reply shall be filed by **August 26, 2011**.

23          d.     The hearing on the motion shall be on **September 2, 2011, at 10:00**

24 **a.m.**

25          **IT IS SO ORDERED.**

26

27 Dated:  March 23, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO.  2:10-CV-01451-FCD-GGH)          4.          STIPULATION AND ORDER TO MODIFY STATUS
(PRETRIAL SCHEDULING) ORDER