IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CATHERINE WILKIE, individually

and on behalf of all others similarly situated,

      Plaintiff,                      No. CIV S-10-1451 FCD GGH

      vs.

GENTIVA HEALTH SERVICES, INC.,

      Defendant.                 ORDER

_____ /

      This court has considered the Parties' Proposed Stipulated Protective Order.

      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Parties' Stipulated Protective Order filed March 18, 2011 in this action is GRANTED with the following modifications.  The substantive standards set forth by the Ninth Circuit for filing documents under seal are found in <u>Pintos v. Pacific Creditors Ass'n.</u>, 605 F.3d 665, 678 (9th Cir. 2010) and <u>Phillips v. General Motors Corp.</u>, 307 F.3d 1206, 1210 (9th Cir. 2002).

      Any confidential material filed with the court, sealed or otherwise, will not be returned at the conclusion of the litigation.

\\\\\

\\\\\

1   Procedurally, the parties must comply with E. D. Local Rules 141 and 141.1
2   regarding the sealing of documents.
3   IT IS SO ORDERED.
4   DATED: March 24, 2011

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

GGH:076
Wilkie1451.po.wpd