MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

C. Brooks Cutter, Bar No. 121407
Ian Hunter, Bar No. 261771
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Telephone:   916.448-9800
bcutter@kcrlegal.com
ihunter@kcrlegal.com

Jeffrey A. Klafter
Seth R. Lesser
Fran L. Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook NY  10573
Telephone:   914.934.9200
jak@klafterolsen.com
slesser@klafterolsen.com
frudich@klafterolsen.com

Attorneys for Plaintiff
CATHERINE WILKIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>Defendant. | Case No.  2:10-CV-01451-FCD-GGH<br><br>**STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; ORDER**<br><br>**(ORDER MODIFIED FROM SUBMITTED VERSION)**<br><br>Action Filed:  June 11, 2010 |

## **STIPULATION**

WHEREAS the parties have been engaged in active discovery in this litigation and are facing substantial costs and time relative to the outstanding discovery matters;

WHEREAS, in consideration of the facts and circumstances of the case, including the additional discovery that may be expected and what has been disclosed by discovery thus far, the parties have agreed to mediate in an attempt to resolve the present case;

WHEREAS the parties have agreed to continue informal discovery in preparation for the mediation;

WHEREAS the pre-certification fact discovery cut-off in this action is currently April 22, 2011, and the pre-certification expert discovery cut-off is May 18, 2011, as extended by Court's Order of March 23, 2011;

WHEREAS, in lieu of just seeking to extend the present discovery schedule so as to permit its completion (at significant time and expense), the parties believe it would be pragmatic and practical to extend the current scheduling orders;

WHEREAS the parties have inquired and discovered that what they agree are experienced and appropriate mediators are not available immediately but are available over the summer months;

WHEREAS the Court's Order to Extend Pre-Certification Fact and Expert Discovery Cut-Offs and Briefing Schedule on Plaintiff's Motion for Class Certification of March 23, 2011, sets the briefing and hearing schedule on Plaintiff's Motion for Class Certification as follows:  Plaintiff's moving papers filed by August 5, 2011, Defendant's opposition filed by August 19, 2011, Plaintiff's reply filed by August 26, 2011, and the hearing on the motion heard on September 2, 2011, at 10:00 a.m.; and

WHEREAS, successful mediation of the matter would obviate the burden and expense of additional formal discovery and motion practice:

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by Court's orders on

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA  94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)   2.   STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; ORDER

1 November 4, 2010, December 9, 2010, February 18, 2011, and March 23, 2011 be modified with the
2 Court's consent as follows, *with respect to all pre-certification and post-certification dates:*

3    1.   The time to complete **non-expert, pre-certification discovery** shall be
4 extended from April 22, 2011, to **September 9, 2011**.

5    2.   The **pre-certification expert disclosure schedule** shall be modified as
6 follows:

7        a.   The time for each party to designate in writing, file with the court, and
8 serve upon all other parties the name, address, and area of expertise of each expert proposed,
9 accompanied by a written report prepared and signed by the expert, shall be extended from May 18,
10 2011, to **September 30, 2011**.

11       b.   The time for pre-certification rebuttal expert disclosures and written
12 reports shall be extended from June 8, 2011, to **October 28, 2011**.

13       c.   The time to complete pre-certification expert discovery shall be
14 extended from June 24, 2011, to **November 11, 2011**.

15   3.   The class motion schedule shall be modified as follows:

16       a.   Plaintiff's Motion for Class Certification shall be filed on
17 **December 2, 2011**.

18       b.   Defendant's opposition shall be on **December 16, 2011**.

19       c.   Plaintiff's reply shall be filed on **December 23, 2011**.

20       d.   The hearing on the motion shall be heard on January 6, 2012, **at 10:00
21 a.m.,** or such subsequent date as the Court may set.

22   4.   The **post-certification discovery cut-off** shall be extended from November 4,
23 2011, to **March 9, 2012**.

24   5.   The **post-certification expert discovery schedule** shall be modified as
25 follows:

26       a.   The time for each party to designate in writing, file with the court, and
27 serve upon all other parties the name, address, and area of expertise of each expert proposed,

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)      3.      STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; ORDER

accompanied by a written report prepared and signed by the expert, shall be extended from November 18, 2011, to **March 23, 2012**.

      b.    The time for post-certification rebuttal expert disclosures and written reports shall be extended from December 9, 2011, to **April 13, 2012**.

      c.    The time to complete post-certification expert discovery shall be extended from January 13, 2012, to **May 11, 2012**.

6.    The deadline for hearing of all post-certification dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be extended from March 23, 2012, to **July 20, 2012**.

7.    The **final pre-trial conference** shall be continued from May 25, 2012, to **September 21, 2012, at 2:00 p.m.**

8.    The **trial date** shall be continued from July 24, 2012, to **December 3, 2012, at 9:00 a.m**.

IT IS SO STIPULATED.

Dated: April 21, 2011

/s/ Michael E. Brewer
Michael E. Brewer
Anne-Marie Waggoner
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

Dated: April 21, 2011

/s/ Ian Hunter
C. Brooks Cutter
Ian Hunter
KERSHAW, CUTTER & RATINOFF, LLP
Attorneys for Plaintiff
CATHERINE WILKIE

LITTLER MENDELSON
A Professional Corporation
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)    4.    STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; ORDER

## **ORDER**

Based on the foregoing Stipulation of counsel for the parties, and good cause appearing, it is hereby ordered that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by the Court's Orders of November 4, 2010, December 9, 2010, February 18, 2011, and March 23, 2011 is further modified as follows:

The time to complete **non-expert, pre-certification discovery** shall be extended from April 22, 2011, to **September 9, 2011**.

2. The **pre-certification expert disclosure schedule** shall be modified as follows:

   a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from May 18, 2011, to **September 30, 2011**.

   b. The time for pre-certification rebuttal expert disclosures and written reports shall be extended from June 8, 2011, to **October 28, 2011**.

   c. The time to complete pre-certification expert discovery shall be extended from June 24, 2011, to **November 14, 2011**.

3. The class motion schedule shall be modified as follows:

   a. Plaintiff's Motion for Class Certification shall be filed on **December 16, 2011**.

   b. Defendant's opposition shall be filed on **December 30, 2011**.

   c. Plaintiff's reply shall be filed on **January 6, 2012**.

   d. The hearing on the motion shall be heard on **January 13, 2012, at 10:00 a.m.,** or such subsequent date as the Court may set.

4. The **post-certification discovery cut-off** shall be extended from November 4, 2011, to **March 9, 2012**.

5. The **post-certification expert discovery schedule** shall be modified as follows:

(NO. 2:10-CV-01451-FCD-GGH)   5.   STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; ORDER

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

      a.    The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from November 18, 2011, to **March 23, 2012**.

      b.    The time for post-certification rebuttal expert disclosures and written reports shall be extended from December 9, 2011, to **April 13, 2012**.

      c.    The time to complete post-certification expert discovery shall be extended from January 13, 2012, to **May 11, 2012**.

6.    The **deadline for hearing of all post-certification dispositive motions**, except motions for continuances, temporary restraining orders or other emergency applications, shall be extended from March 23, 2012, to **July 27, 2012**.

7.    The **final pre-trial conference** shall be continued from May 25, 2012, to **September 21, 2012, at 2:00 p.m.**

8.    The **trial date** shall be continued from July 24, 2012, to **December 4, 2012, at 9:00 a.m**.

**IT IS SO ORDERED.**

Dated: April 25, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
Treat Towers
1255 Treat Boulevard
Suite 600
Walnut Creek, CA 94597
925.932.2468

(NO. 2:10-CV-01451-FCD-GGH)  6.  STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; ORDER