MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

C. Brooks Cutter, Bar No. 121407
John R. Parker Jr., Bar No. 257761
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Telephone:   916.448-9800
bcutter@kcrlegal.com
ihunter@kcrlegal.com

Jeffrey A. Klafter
Seth R. Lesser
Fran L. Rudich
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook NY  10573
Telephone:   914.934.9200
jak@klafterolsen.com
slesser@klafterolsen.com
frudich@klafterolsen.com

Attorneys for Plaintiffs
CATHERINE WILKIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>Defendant. | Case No.  2:10-CV-01451-FCD-GGH<br><br>**STIPULATION AND ORDER TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER**<br><br>Action Filed: June 11, 2010<br><br>Trial Date: December 4, 2012 |

(NO.  2:10-CV-01451-FCD-GGH)          1.          STIPULATION  AND ORDER TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER

**STIPULATION**

WHEREAS the parties have been engaged in active discovery in this litigation and are facing substantial costs and time relative to the outstanding discovery matters;

WHEREAS, in consideration of the facts and circumstances of the case, including the additional discovery that may be expected and what has been disclosed by discovery thus far, the parties participated in mediation on August 3, 2011, with David Geronemous, Esq. of JAMS in an attempt to resolve the present case;

WHEREAS the mediation is not yet completed and the parties have a conference call scheduled with the mediator on August 29, 2011, to discuss additional mediation efforts;

WHEREAS the parties have agreed to continue informal discovery in preparation for the mediation;

WHEREAS the pre-certification fact discovery cut-off in this action is currently September 9, 2011, and the pre-certification expert discovery cut-off is September 30, 2011, as extended by Court's Order of April 25, 2011;

WHEREAS, in lieu of just seeking to extend the present discovery schedule so as to permit its completion (at significant time and expense), the parties believe it would be pragmatic and practical to extend the current scheduling orders;

WHEREAS the Court's Order to Extend Pre-Certification Fact and Expert Discovery Cut-Offs and Briefing Schedule on Plaintiff's Motion for Class Certification of April 25, 2011, sets the briefing and hearing schedule on Plaintiff's Motion for Class Certification as follows: Plaintiff's moving papers filed by December 16, 2011, Defendant's opposition filed by December 30, 2011, Plaintiff's reply filed by January 6, 2012, and the hearing on the motion heard on January 13, 2012, at 10:00 a.m.; and

WHEREAS, successful mediation of the matter would obviate the burden and expense of additional formal discovery and motion practice:

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by Court's orders on November 4, 2010, December 9, 2010, February 18, 2011, March 23, 2011, and April 25, 2011, be


1 modified with the Court's consent as follows, *with respect to all pre-certification and post-certification dates:*

2. 

3     1.    The time to complete **non-expert, pre-certification discovery** shall be extended from September 9, 2011, to **November 11, 2012**.

    2.    The **pre-certification expert disclosure schedule** shall be modified as follows:

        a.    The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from September 30, 2011, to **November 30, 2011**.

        b.    The time for pre-certification rebuttal expert disclosures and written reports shall be extended from October 28, 2011, to **December 28, 2011**.

        c.    The time to complete pre-certification expert discovery shall be extended from November 14, 2011, to **January 13, 2012**.

    3.    The class motion schedule shall be modified as follows:

        a.    Plaintiffs' Motion for Class Certification shall be filed on **February 17, 2012**.

        b.    Defendant's opposition shall be on **March 2, 2012**.

        c.    Plaintiffs' reply shall be filed on **March 9, 2012**.

        d.    The hearing on the motion shall be heard on **March 16, 2012, at 10:00 a.m.,** or such subsequent date as the Court may set.

    4.    The **post-certification discovery cut-off** shall be extended from March 9, 2012, to **May 11, 2012**.

    5.    The **post-certification expert discovery schedule** shall be modified as follows:

        a.    The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed,

1  accompanied by a written report prepared and signed by the expert, shall be extended from March 23, 2012, to **May 25, 2012**.

   b. The time for post-certification rebuttal expert disclosures and written reports shall be extended from April 13, 2012, to **June 15, 2012**.

   c. The time to complete post-certification expert discovery shall be extended from May 11, 2012, to **July 13, 2012**.

  6. The deadline for hearing of all post-certification dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be extended from July 27, 2012, to **September 28, 2012**.

  7. The **final pre-trial conference** shall be continued from September 21, 2012, to **November 16, 2012, at 2:00 p.m.**

  8. The **trial date** shall be continued from December 4, 2012, to **February 5, 2013, at 9:00 a.m**.

  IT IS SO STIPULATED.

Dated: August 22, 2011

/s/ Anne-Marie Waggoner
Anne-Marie Waggoner
Michael E. Brewer
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

Dated: August 22, 2011

/c/ C. Brooks Cutter
C. Brooks Cutter
John R. Parker, Jr.
KERSHAW, CUTTER & RATINOFF, LLP
Attorneys for Plaintiffs

## **ORDER**

Based on the foregoing Stipulation of counsel for the parties, and good cause appearing, it is hereby ordered that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by the Court's Orders of November 4, 2010, December 9, 2010, February 18, 2011, March 23, 2011, and April 25, 2011 is further modified as follows:

1. The time to complete **non-expert, pre-certification discovery** shall be extended from September 9, 2011, to **November 11, 2012.**

2. The **pre-certification expert disclosure schedule** shall be modified as follows:

   a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from September 30, 2011, to **November 30, 2011**.

   b. The time for pre-certification rebuttal expert disclosures and written reports shall be extended from October 28, 2011, to **December 28, 2011**.

   c. The time to complete pre-certification expert discovery shall be extended from November 14, 2011, to **January 13, 2012**.

3. The class motion schedule shall be modified as follows:

   a. Plaintiffs' Motion for Class Certification shall be filed on **February 17, 2012**.

   b. Defendant's opposition shall be on **March 2, 2012**.

   c. Plaintiffs' reply shall be filed on **March 9, 2012**.

   d. The hearing on the motion shall be heard on **March 16, 2012, at 10:00 a.m.,** or such subsequent date as the Court may set.

4. The **post-certification discovery cut-off** shall be extended from March 9, 2012, to **May 11, 2012**.

5. The **post-certification expert discovery schedule** shall be modified as follows:

   a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from March 23, 2012, to **May 25, 2012**.

   b. The time for post-certification rebuttal expert disclosures and written reports shall be extended from April 13, 2012, to **June 15, 2012**.

   c. The time to complete post-certification expert discovery shall be extended from May 11, 2012, to **July 13, 2012**.

6. The deadline for hearing of all post-certification dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be extended from July 27, 2012, to **September 28, 2012**.

7. The **final pre-trial conference** shall be continued from September 21, 2012, to **November 16, 2012, at 2:00 p.m.**

8. The **trial date** shall be continued from December 4, 2012, to **February 5, 2013, at 9:00 a.m**.

IT IS SO ORDERED.

Dated: August 22, 2011

FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE