MICHAEL E. BREWER, Bar No. 177912
ANNE-MARIE WAGGONER, Bar No. 173407
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

| | |
|---|---|
| C. Brooks Cutter, Bar No. 121407<br>John R. Parker Jr., Bar No. 257761<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, CA  95864<br>Telephone:   916.448-9800<br>bcutter@kcrlegal.com<br>ihunter@kcrlegal.com | Jeffrey A. Klafter<br>Seth R. Lesser<br>Fran L. Rudich<br>KLAFTER OLSEN & LESSER LLP<br>Two International Drive, Suite 350<br>Rye Brook NY  10573<br>Telephone:   914.934.9200<br>jak@klafterolsen.com<br>slesser@klafterolsen.com<br>frudich@klafterolsen.com |

Attorneys for Plaintiffs
CATHERINE WILKIE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>Defendant. | Case No.  2:10-CV-01451-GEB-GGH<br><br>**STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER; AND [PROPOSED] ORDER**<br><br>Action Filed: June 11, 2010<br><br>Trial Date: February 5, 2013 |

(NO.  2:10-CV-01451-FCD-GGH)   1.   STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER

**STIPULATION**

WHEREAS the parties have been engaged in active discovery in this litigation and are facing substantial costs and time relative to the outstanding discovery matters;

WHEREAS, the parties continue to participate in a productive and extensive mediation, which began on on August 3, 2011, with David Geronemous, Esq. of JAMS in an attempt to resolve the present case;

WHEREAS the parties continue exchanging informal discovery in connection with their attempt to reach a mediated resolution in this case;

WHEREAS, in lieu of just seeking to extend the present discovery schedule so as to permit its completion (at significant time and expense), the parties believe it would be pragmatic and practical to extend the current scheduling order;

WHEREAS, successful mediation of the matter would obviate the burden and expense of additional formal discovery and motion practice:

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by Court's orders on November 4, 2010, December 9, 2010, February 18, 2011, March 23, 2011, April 25, 2011, and August 23, 2011 be modified with the Court's consent as follows, *with respect to all pre-certification and post-certification dates:*

1. The time to complete **non-expert, pre-certification discovery** shall be extended from November 11, 2011, to **March 12, 2012**.

2. The **pre-certification expert disclosure schedule** shall be modified as follows:

    a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from November 30, 2011, to **March 30, 2012**.

    b. The time for pre-certification rebuttal expert disclosures and written reports shall be extended from December 28, 2011 to **April 30, 2012**.

1    c.    The time to complete pre-certification expert discovery shall be extended from January 13, 2012, to **May 14, 2012**.

3.    The class motion schedule shall be modified as follows:

    a.    Plaintiffs' Motion for Class Certification shall be filed on **June 18, 2012.**

    b.    Defendant's opposition shall be on **July 2, 2012**.

    c.    Plaintiffs' reply shall be filed on **July 9, 2012**.

    d.    The hearing on the motion shall be heard on **July 30, 2012, at 10:00 a.m.,** or such subsequent date as the Court may set.

4.    The **post-certification discovery cut-off** shall be extended from May 11, 2012 to **September 11, 2012**

5.    The **post-certification expert discovery schedule** shall be modified as follows:

    a.    The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from May 25, 2012, to **September 25, 2012.**

    b.    The time for post-certification rebuttal expert disclosures and written reports shall be extended from June 15, 2012 to **October 15, 2012.**

    c.    The time to complete post-certification expert discovery shall be extended from July 13, 2012 to **November 13, 2012**.

6.    The deadline for hearing of all post-certification dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be extended from September 28, 2012 to **January 28, 2013.**

7.    The **final pre-trial conference** shall be continued from to November 16, 2012 to **March 18, 2013, at 2:00 p.m.**

8.    The **trial date** shall be continued from February 5, 2013, **to June 5, 2013 at 9:00 a.m**.

IT IS SO STIPULATED.

Dated: November 23, 2011

/s/ Michael E. Brewer
Anne-Marie Waggoner
Michael E. Brewer
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

Dated: November 15, 2011

/c/ C. Brooks Cutter
C. Brooks Cutter
John R. Parker, Jr.
KERSHAW, CUTTER & RATINOFF, LLP
Attorneys for Plaintiffs

# **ORDER**

Based on the foregoing Stipulation of counsel for the parties, and good cause appearing, it is hereby ordered that the Court's Status (Pretrial Scheduling) Order, filed September 17, 2010, as modified by the Court's Orders of November 4, 2010, December 9, 2010, February 18, 2011, March 23, 2011, April 25, 2011, and August 23, 2011 is further modified as follows:

1. The time to complete **non-expert, pre-certification discovery** shall be extended from November 11, 2011, to **March 12, 2012**.

2. The **pre-certification expert disclosure schedule** shall be modified as follows:

    a. The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from November 30, 2011, to **March 30, 2012**.

    b. The time for pre-certification rebuttal expert disclosures and written reports shall be extended from December 28, 2011 to **April 30, 2012**.

    c. The time to complete pre-certification expert discovery shall be extended from January 13, 2012, to **May 14, 2012**.

3. The class motion schedule shall be modified as follows:

    a. Plaintiffs' Motion for Class Certification shall be filed on **June 18, 2012.**

    b. Defendant's opposition shall be on **July 2, 2012**.

    c. Plaintiffs' reply shall be filed on **July 9, 2012**.

    d. The hearing on the motion shall be heard on **July 30, 2012, at 9:00 a.m.,** or such subsequent date as the Court may set.

4. The **post-certification discovery cut-off** shall be extended from May 11, 2012 to **September 11, 2012**

5. The **post-certification expert discovery schedule** shall be modified as follows:

1         a.     The time for each party to designate in writing, file with the court, and serve upon all other parties the name, address, and area of expertise of each expert proposed, accompanied by a written report prepared and signed by the expert, shall be extended from May 25, 2012, to **September 25, 2012.**

        b.     The time for post-certification rebuttal expert disclosures and written reports shall be extended from June 15, 2012 to **October 15, 2012.**

        c.     The time to complete post-certification expert discovery shall be extended from July 13, 2012 to **November 13, 2012**.

6.     The deadline for hearing of all post-certification dispositive motions, except motions for continuances, temporary restraining orders or other emergency applications, shall be extended from September 28, 2012 to February 4, **2013.**

7.     The **final pre-trial conference** shall be continued from to November 16, 2012 to April 8, **8, 2013, at 2:30 p.m. A joint pretrial statement shall be filed seven days prior to the hearing.**

8.     The **trial date** shall be continued from February 5, 2013, **to June 4, 2013 at 9:00 a.m**.

IT IS SO ORDERED.

Dated: November 28, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge

(NO. 2:10-CV-01451-FCD-GGH)     6.     STIPULATION TO MODIFY STATUS (PRETRIAL) SCHEDULING ORDER