MICHAEL E. BREWER, Bar No. 177912
ANGELA J. RAFOTH, Bar No. 241966
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:   925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

| | |
|---|---|
| C. BROOKS CUTTER, Bar No. 121407<br>JOHN R. PARKER JR., Bar No. 257761<br>KERSHAW, CUTTER & RATINOFF, LLP<br>401 Watt Avenue<br>Sacramento, CA  95864<br>Telephone:   916.448-9800<br>bcutter@kcrlegal.com<br>jparker@krrlegal.com<br><br>Attorneys for Plaintiffs | JEFFREY A. KLAFTER<br>SETH R. LESSER<br>FRAN L. RUDICH<br>KLAFTER OLSEN & LESSER LLP<br>Two International Drive, Suite 350<br>Rye Brook NY  10573<br>Telephone:   914.934.9200<br>jak@klafterolsen.com<br>slesser@klafterolsen.com<br>frudich@klafterolsen.com<br><br>Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GENTIVA HEALTH SERVICES, INC.,<br><br>Defendant. | Case No.  2:10-CV-01451-GEB-GGH<br><br>**JOINT STATUS REPORT AND ORDER**<br><br>Action Filed:  June 11, 2010<br><br>Trial Date:  February 5, 2013 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

NOTICE OF SETTLEMENT PROGRESS

WHEREAS this Court entered an order finally approving the settlement of this matter on March 26, 2013;

WHEREAS the Parties have received information from the court-appointed claims administrator, Garden City Group, reflecting the following status of the settlement fund:

- The Fall 2015 escheatment to the states was completed in the amount of $21,428.19.
- $53,199.24 remains in the settlement fund and is available for distribution to the cy pres beneficiary(ies) upon designation.
- $1,639.09 from a tax refund and $379.88 remaining from the Employer Payroll Tax Reserve will be held by Garden City until April 30, 2016, to satisfy potential tax liabilities on the escheated funds, and if remaining thereafter will be distributed to the cy pres beneficiary;

WHEREAS the Parties have met and conferred regarding potential cy pres beneficiaries for the residual fund, and request that the Court approve the following designation:

- National Employment Law Project – www.nelp.org – On its website, NELP describes its efforts as follows:

> For more than 45 years, NELP has sought to ensure that America upholds for all workers her promise of opportunity and economic security through work. NELP fights for policies to create good jobs, expand access to work, and strengthen protections and support for low-wage workers and the unemployed. We publish research that illuminates workers' issues; promote policies that improve workers' lives; lend deep legal and policy expertise to important cases and campaigns; and partner with allies to advance crucial reforms.
>
> NELP works from the ground up to build systemic change. We collaborate with community partners on advocacy campaigns, developing and testing innovative policy ideas in cities and states, then scaling them up to effect change nationally. We partner with advocacy networks grounded in the full range of stakeholders—grassroots groups and national organizations, worker centers and unions, policymakers and think tanks.

WHEREAS the Parties understand a further final update to the Court reflecting distribution to the cy pres beneficiary and final accounting following the April 30, 2016, final resolution of remaining tax obligations will be appropriate;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Parties will file a further joint report reflecting final accounting and distributions no later than May 31, 2016.

IT IS SO STIPULATED.

Dated: December 4, 2015

>*/s/ Angela J. Rafoth*
> Michael E. Brewer
> Angela J. Rafoth
> LITTLER MENDELSON
> A Professional Corporation
> Attorneys for Defendant
> GENTIVA HEALTH SERVICES, INC.

Dated: December 4, 2015

> Seth R. Lesser
> KLAFTER OLSEN & LESSER LLP
> Attorneys for Plaintiffs

## ORDER

Based on the foregoing Stipulation of counsel for the parties, and good cause appearing, the Court makes the following orders:

(1) National Employment Law Project is approved and designated as the cy pres beneficiary in connection with this matter, and shall receive all disbursements associated with that designation;

(2) The Parties shall file a further joint report no later than May 31, 2016, as to the final disbursements and accounting of the settlement

Date: February 10, 2016

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT