MICHAEL E. BREWER, Bar No. 177912
ANGELA J. RAFOTH, Bar No. 241966
LITTLER MENDELSON
A Professional Corporation
1255 Treat Boulevard, Suite 600
Walnut Creek, CA  94597
Telephone:    925.932.2468
mbrewer@littler.com
awaggoner@littler.com

Attorneys for Defendant
GENTIVA HEALTH SERVICES, INC.

C. BROOKS CUTTER, Bar No. 121407
JOHN R. PARKER JR., Bar No. 257761
KERSHAW, CUTTER & RATINOFF, LLP
401 Watt Avenue
Sacramento, CA  95864
Telephone:    916.448-9800
bcutter@kcrlegal.com
jparker@krrlegal.com

Attorneys for Plaintiffs

JEFFREY A. KLAFTER
SETH R. LESSER
FRAN L. RUDICH
KLAFTER OLSEN & LESSER LLP
Two International Drive, Suite 350
Rye Brook NY  10573
Telephone:    914.934.9200
jak@klafterolsen.com
slesser@klafterolsen.com
frudich@klafterolsen.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CATHERINE WILKIE, individually and on behalf of all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> GENTIVA HEALTH SERVICES, INC., <br><br> Defendant. | Case No.  2:10-CV-01451-MCE-CKD <br><br> **CORRECTED UPDATED JOINT STATUS REPORT AND ORDER** <br><br> Action Filed: June 11, 2010 |

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO.  2:10-CV-01451-MCE-CKD)                                       CORRECTED JOINT STATUS REPORT AND ORDER

WHEREAS this Court entered an order finally approving the settlement of this matter on March 26, 2013;

WHEREAS on February 10, 2016, the Court issued an Order approving the Parties designation of the National Employment Law Project as the *cy pres* beneficiary for any funds remaining in the qualified settlement fund after all other obligations were satisfied:

WHEREAS as of May 31, 2016, the Parties have received information from the court-appointed claims administrator, Garden City Group, reflecting the following status of the settlement fund (*see* Exhibit 1 hereto):

- On April 28, 2016, GCG issued a single check, in the amount of $55,218.21, to the designated *cy pres* beneficiary, the National Employment Law Project.
- That amount included all of the money that had been unclaimed as of the parties' last joint report to the Court in December 2015: $53,199.24 remaining in the settlement fund; $1,639.09 from a tax refund; and $379.88 remaining from the Employer Payroll Tax Reserve
- The check was cashed by the *cy pres* beneficiary on May 27, 2016;
- The balance in the qualified settlement fund being at $0.00 and there being no further administrative obligations for this settlement, GCG has closed the Qualified Settlement Fund.

WHEREAS the distributions intended under the Settlement Agreement have been fully satisfied and no further proceedings remain to effectuate the terms of that agreement;

///
///
///
///
///
///
///
///
///

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

(NO. 2:10-CV-01451-MCE-CKD)     CORRECTED JOINT STATUS REPORT AND ORDER

THEREFORE, IT IS HEREBY STIPULATED AND AGREED that the Parties understand no further action by the Court is required in this matter.

IT IS SO STIPULATED.

Dated: June 1, 2016

> /s/ Angela J. Rafoth
> Michael E. Brewer
> Angela J. Rafoth
> LITTLER MENDELSON
> A Professional Corporation
> Attorneys for Defendant
> GENTIVA HEALTH SERVICES, INC.

Dated:  June 1, 2016

> Seth R. Lesser
> KLAFTER OLSEN & LESSER LLP
> Attorneys for Plaintiffs

## ORDER

Based on the foregoing Stipulation of counsel for the parties, and good cause appearing, the Court makes the following order:  No further proceedings or active monitoring of this case being necessary by the Court, the Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: June 8, 2016

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

LITTLER MENDELSON, P.C.
650 California Street
20th Floor
an Francisco, CA  94108.2693
415.433.1940

(NO.  2:10-CV-01451-MCE-CKD)   2.   CORRECTED JOINT STATUS REPORT AND [PROPOSED] ORDER